UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-60135-CR-COHN/SELTZER

**UNITED STATES OF AMERICA,**

v.

**LUIS FERNANDO PORTILLO,**

**Defendant.**
_____/

### FACTUAL PROFFER

The United States of America and **LUIS FERNANDO PORTILLO** ("defendant"), hereby agree that, had this case proceeded to trial, the United States would have proven beyond a reasonable doubt the following facts, which occurred in the Southern District of Florida and elsewhere:

On March 3, 2019, a law enforcement officer located in Broward County, in the Southern District of Florida and acting in an undercover capacity (hereinafter "UC") received a message on a texting application, that read, "Hey you posted an ad on Cpro." The message was from the user name "__lportillo," and the texting application displayed the user as "Luis p" (hereinafter "PORTILLO"). The UC replied to the message, "Hey, I did." PORTILLO, then, immediately asked, "What kind of same interests where you saying your ad?" The UC replied to the message, "Taboo" and "You into youngggg"? PORTILLO then responded "How young you talking about." The UC replied to the message,

1

"What's your limit". PORTILLO then responded "18 how about yours?" and The UC replied to the message, "Think we are into different things". PORTILLO then responded "Well to be honest, i didnt want to say my real limit since I dont know you that well."

The UC informed PORTILLO that his purported daughter was nine years old ("9 years old"). PORTILLO replied, "Danm, I wish I could have a daughter for real". The UC asked, "What are you looking for" to which PORTILLO replied, "Tbh anything."

On or about March 3, 2019, PORTILLO sent the UC a video of a prepubescent female engaged in sexually explicit conduct with an adult male. In the video the male penetrated the prepubescent female with his penis. PORTILLO explained to the UC that he belongs to a Kik group online that shares child pornography.

On or about March 9, 2019, PORTILLO asked the UC for a picture of the UC's purported minor daughter. In response, the UC sent PORTILLO a photograph that depicted the UC's minor daughter. The image depicted the right hip and leg area of the purported 9-year-old female. It should be noted that the image was not of a real child and was not sexually explicit."

PORTILLO discussed his desire to meet the UC and have sexual relations with the 9-year-old child. PORTILLO asked the UC where he was located and the UC responded Fort Lauderdale. PORTILLO advised that he was located in

Norcross, Georgia. PORTILLO then discussed his desire to have the UC make a video of the 9-year-old engaged in sexual activity.

On March 17, 2019, PORTILLO initiated conversation with the UC and asked the UC if he was still engaged in sexual activity with his daughter. The UC responded that he was and PORTILLO expressed an interest in having the UC create a video of his purported 9-year-old engaged in sexual activity.

PORTILLO and the UC discussed the exchange of money for the production of the video. PORTILLO stated that he was willing to pay the UC $25 for the UC to produce the video of his child engaged in sexual activity. They discussed how the payment for the video would be exchanged. The UC suggested the use of Amazon. PORTILLO responded, "You should be getting it in a few minutes."

On March 17, 2019 PORTILLO sent the UC $25 through Amazon.com. The UC's account information was being monitored by law enforcement and the UC confirmed the $25 was received. The sender of the $25 was listed as LUIS PORTILLO.

The UC informed PORTILLO that the $25 was received and asked PORTILLO what activity he wanted the 9-year-old to perform in the video. PORTILLO responded that he wanted the child to moan and he wanted the UC to engage in oral and anal sex with the child. PORTILLO also asked for sexually explicit pictures of the purported 9-year-old female.

The UC and PORTILLO discussed the best way to send the video and they determined that it would be best for the UC to mail an encrypted thumb drive to

PORTILLO in Georgia. PORTILLO provided his address as 6009 Tracy Valley Drive Norcross, Georgia 30093. The UC told PORTILLO that he would address the package to Steve Evans so as not to use PORTILLO'S true name.

On April 20, 2019, the UC mailed the thumb drive to PORTILLO at 6009 Tracy Valley Drive Norcross, Georgia 30093. The UC asked PORTILLO to take a picture of the thumb drive along with his face to ensure he got the thumb drive.

On April 24, 2019 PORTILLO sent the UC a message stating "Hey man, I got the package" and "How do I get the video?" The UC requested PORTILLO provide him with the photograph of himself (PORTILLO) holding the thumb drive in front of his face. PORTILLO provided the UC with the requested photograph.

During the communication with the UC, PORTILLO provided the UC with his phone number 443-858-0930. Law enforcement checks on the number provided by PORTILLO yielded the name of Luis Fernando Portillo (PORTILLO) with the address 6009 Tracy Valley Drive, Norcross, Georgia. A query of "Luis Fernando Portillo" through the Georgia Department of Driver Services yielded " Luis Fernando Portillo" with the listed address of 6009 Tracy Valley Drive, Norcross, Georgia.

The foregoing events occurred in Broward County, in the Southern District of Florida. This factual proffer is not intended as a complete recitation of the

Defendant's activities in this case. It is submitted solely to provide a factual basis for the Defendant's guilty plea.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 11/12/19     By: _____
M. CATHERINE KOONTZ
SPECIAL ASSISTANT UNITED STATES ATTY

Date: 11/13/19     By: _____
DARYL WILCOX
ATTORNEY FOR RICARDO LEIJA

Date: 11/13/19     By: _____
LUIS FERNANDO PORTILLO
DEFENDANT